# EXHIBIT A

| | |
|---|---|
| CASE NO.: **14CI05048** | JEFFERSON CIRCUIT COURT<br>DIVISION \_\_\_\_ |
| Pietro Micca<br>4119 Stone Place<br>New Albany, Indiana 47150 | PLAINTIFF<br>FILED IN CLERK'S OFFICE<br>DAVID L. NICHOLSON, CLERK<br>SEP 29 2014<br>BY \_\_\_\_ DEPUTY CLERK |
| VS. | **COMPLAINT** |
| Compass Group USA, INC. *CM*<br>d/b/a Eurest Dining Services *CM*<br>2400 Yorkmont Road<br>Charlotte, North Carolina 28217 | JEFFERSON CIRCUIT COURT<br>DIVISION SIX (6)<br>DEFENDANT<br>**JURY FEE PAID** |
| Serve Process Agent:<br>CSC-Lawyers Incorporating Service Company<br>421 West Main Street<br>Frankfort, Kentucky 40601 | |

\*\*\*\* \*\*\*\* \*\*\*\*

Comes the Plaintiff, Pietro Micca, for his claims and causes against the Defendant, states as follows:

1. The Plaintiff, Pietro Micca, is an individual, who was an employee of the Defendant, Compas Group USA, Inc., d/b/a Eurest Dining Services for a period of approximately 14 years, who maintains his principal residence at the above address;

2. The Defendant, Compas Group USA, Inc., d/b/a Eurest Dining Services is a duly incorporated corporation which is registered to engage in business in Louisville, Jefferson County, Kentucky, and in the Commonwealth of Kentucky, and is incorporated in the State of Delaware, and maintain their principle office as listed above and at 911 Grade Lane, Louisville, Kentucky 40213. Eurest Dining Services is an assumed name for Compass Group USA, Inc.;

3. That these claims and causes occurred and arose at Louisville, Jefferson County, Kentucky, on or about September 30, 2013;

4. That on or about the above date and at the place and location of the Defendant's place of business at Louisville, Jefferson County, Kentucky, the Defendant terminated the long time employment of the Plaintiff without due or just cause;

5. That the Defendant's actions and conduct constituted wrongful termination, harassment, discrimination and retaliation against the Plaintiff, who is approximately 62 years of age and born in the country of Italy;

6. The Plaintiff was employed with the Defendant as a General Manager of Food Services at the location of the Defendant listed above with duties consisting of general manager and supervisor of food service operations at the facility owned, managed and operated by the Defendant, including personnel matters and issues and general supervision of all related food services;

7. During the term of employment, the Plaintiff was designated as manager of the year, received increased income, revenue and profits and reduced costs and expenses of the food service operation;

8. The Defendant's acts and omissions were in violation of various state and federal statutes, laws, rules and regulations prohibiting unequal and unfair treatment in employment due to age, national origin and ethnicity;

9. The Defendant's actions were in violation of the Kentucky Unlawful Discrimination by an Employer Act, 2010, K.R.S. 344.040; the federal Civil Rights Act of 1964, 42 U.S.C. 2000e; the federal Age Discrimination In Employment Act of 1967, 42 U.S.C. 621; the federal Civil Rights Act of 1991, 42 U.S.C. 1981; the Civil Rights Act of 1866,

42 U.S.C. 1981; the Age Discrimination act of 1975, 42 U.S.C. 6101; Deprivation of Civil Rights, 42 U.S.C. 1983; and the Zero Tolerance Discrimination and Harassment Policy of the Compass Group Associate Handbook.

10. As a result of the conduct, acts and omissions of the Defendant, the Plaintiff has suffered and will continue to suffer losses and damages consisting of, but not limited to, loss of compensation and income, loss of employment opportunities, loss of employment benefits, mental anguish, embarrassment and humiliation, all in a sum equal to provable compensatory and punitive damages;

11. The Jefferson Circuit Court has jurisdiction of the claims and causes asserted herein due to state actions brought under state statutes and causes and the amount in controversy.

Wherefore, the Plaintiff respectfully demands:

1. That he recover any and all provable losses and damages, compensatory and punitive, costs and fees against the Defendant, jointly and severally, as may be appropriate;

2. Trial by jury of all issues properly triable;

3. Any and all other relief to which he may be entitled.

JOHN ALLEN TAYLOR
ATTORNEY FOR THE PLAINTIFF
722 West Main Street
Louisville, Kentucky 40202
502-585-4353